# United States District Court

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA
V.
Eric L. Lund
300 State Street, Apt. B
Quincy, Illinois

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

FILED
MAR - 9 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CASE NUMBER 06-3017-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

On or about July of 2004 through in or about September of 2004, in the Central District of Illinois, **Eric L. Lund** did use a facility and means of interstate commerce, including Internet communications, to knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in sexual activity for which any person could have been charged with a criminal offense, namely the offense of Aggravated Criminal Sexual Abuse in violation of Illinois Criminal Statute, Chapter 720, Section 5/12-16(d), in violation of Title 18, United States Code, Section 2422(b).

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

**See Attached Affidavit of Special Agent Christopher J. Lamb**

Continued on the attached sheet and made a part hereof: ☒Yes ☐No

s/ Christopher J. Lamb
Signature of Complainant

Sworn to before me and subscribed in my presence,

March 9, 2006  9:55 AM                at Springfield, Illinois
Date                                      City and State

Byron G. Cudmore, U.S. Magistrate Judge          s/ Byron G. Cudmore
Name & Title of Judicial Officer                 Signature of Judicial Officer

## AFFIDAVIT

Christopher J. Lamb, being first duly sworn, states the following:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since February 8, 2004. I have received extensive training in conducting general and criminal investigations from the FBI. During the course of my employment with the FBI, I have been assigned to investigate crimes against the United States including investigations into the sexual exploitation of children. For three years prior to my employment with the FBI, I was the Chief Information Officer (CIO) for an information technology company.

2. This affidavit is in support of a criminal complaint charging Eric L. Lund with using a facility of interstate commerce (specifically internet communications) to knowingly attempting to persuade, induce and entice an individual who had not attained the age of 18 years to engage in sexual activity in violation of Title 18, United States Code, Section 2422(b).

3. The information in this affidavit I have learned from my own investigation, my own personal knowledge and through interviews with others. Other agencies involved in this investigation and companies which supplied information contained in this affidavit include the Keene, New Hampshire Police Department, the Adams County Sheriff's Department in Quincy, Illinois, and the Missouri Highway Patrol, as well as companies including Family Video of Springfield, Illinois, Family Video of Glenview, Illinois, SBC Communications, and Yahoo! Inc.

**Facts Regarding the Attempted Solicitation of a Minor**

4. James F. McLaughlin is a detective for the City of Keene, New Hampshire. He has been employed by the City of Keene since 1981 and has concentrated his attention and efforts specifically in the area of sex crimes since 1984. The majority of his work deals with crimes of

1

child sexual and physical abuse, child exploitation and other sex crimes. In order to investigate crimes dealing with the sexual exploitation of children, McLaughlin has placed a "profile" online on a Website called Yahoo.com. Among other things, Yahoo.com provides forums for its online users to communicate, in real time (often referred to as "instant messaging") and by posting messages on virtual message boards. In this profile, McLaughlin described himself to be a 14-year-old boy, and he attached a photograph of a 14 year old male to fit his profile.[1] A "profile" is associated with a user-name that a person uses to identify himself while online. Since the profile is provided by the customer, the information provided may be real or it may be fictitious. Others on this website are allowed to read the profile of a user. Yahoo.com does not provide any type of verification to authenticate a person is who they say they are.

5.  As part of his duties, McLaughlin frequently monitors "chat rooms" and message boards which appear to cater to people interested in sex with or between male children. Some of these groups require "membership." McLaughlin's username with the profile is **bradnh14**. In this capacity, he has become a "member" of a group titled "summer_boys1".

6.  Through this group, McLaughlin was been involved in online chats with a user using the profile name of **kool251** during the months of July through September of 2004. This program allowed him to communicate with others that were on-line in real time. McLaughlin would note when a message appeared to be geared towards sexual activity and young children, and through Instant Messenger, be able to determine if the person posting the message was then on-line. McLaughlin created a CD containing the text of his chats with the subject, images that

---

[1] The photograph is actually that of a fellow police officer, taken when he was 14 years old.

were exchanged during those chats, screen captures of various chats, and other supporting documents relevant to his investigation, all of which I have reviewed.

7. The chats contained numerous conversations of a sexually explicit nature, including indications by the subject seeking to physically meet McLaughlin for a sexual relationship. During the chats, the subject offered to have McLaughlin come live with him. During the chats, the subject identified himself as a 29 year old, chubby, male, from Quincy, Illinois, who worked at a casino. The subject also sent a picture to McLaughlin that he purported to be of himself. This picture is shown below.



8. On or about November 10, 2004, Eric Lund consented to the search of his computer and apartment. He also submitted to a voluntary interview conducted at the Adam's County Sheriff's Department in Quincy, Illinois. During the interview, Lund admitted to using the profile name of kool251 for approximately five (5) years. He also admitted that the picture sent to Detective McLaughlin was his, and was sent by his computer over the internet. Lund verified that he had been engaged in an on-line "chat" with McLaughlin, using the name of "bradnh14," and that he believed this individual to have been 14 years old.

3

9.      During the interview Lund admitted that he was informed by an individual through whom he acquired internet service had informed him that agents with the F.B.I. was "looking for him."[2] Lund thereafter "dumped" the information on the hard drive of his computer prior to the search of the computer by the F.B.I. by "formatting" the drive. This action essentially erased any data, information and images which may have been on that drive.

10.     However, based on the information provided by Detective McLaughlin and Eric Lund, as well as the computer records retained by McLaughlin, it can be shown that Lund corresponded over the internet with McLaughlin on several occasions between July and September of 2004. During this correspondence, the records and statements show that Lund believed McLaughlin to be a 14 year old boy living in New Hampshire. During the correspondence on or about July 22, 2004, and thereafter, Lund made statements to entice the boy to live with him, and to persuade, induce and entice, this person to engage in sexual activity. Had McLaughlin in fact been a 14 year old, and had he engaged in this activity with Lund, Lund

---

[2] It should be noted that a subpoena for the internet records of Lund had previously been served on this individual.

4

could have been charged with a criminal offense, specifically Aggravated Criminal Sexual Abuse in violation of the laws of the State of Illinois, Chapter 720, Section 5/12-16(d).

FURTHER AFFIANT SAYETH NOT:

s/ Christopher J. Lamb
Christopher J. Lamb
Special Agent, Federal Bureau of Investigation

SUBSCRIBED AND SWORN TO ME
THIS 9th DAY OF MARCH, 2006   9:55 AM

s/ Byron G. Cudmore
Byron G. Cudmore
United States Magistrate Judge